

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00297-CV

———————————————

JEFFREY LOVELESS, Appellant

V.

DAIKIN COMFORT TECHNOLOGIES DISTRIBUTION, INC., Appellee

---

On Appeal from County Court at Law No. 2
Denton County, Texas
Trial Court No. CV-2024-02280

---

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered appellant's "Unopposed Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: October 9, 2025